No. 69042.—Mosom Export Import Corp. *v.* United States, protest 58/6926 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of woven silk fabrics similar in all material respects to those the subject of Abstract 64266, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, JANUARY 28, 1965

No. 69043.—Stesco Imports Co. (1962), Inc. *v.* United States, protest 63/13965 (Detroit).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

No. 69044.—Agency Tile Supply Corp. of N.Y. *v.* United States, protest 63/14637 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of opal, enamel, or cylinder glass tiles and tiling, the claim of the plaintiff was sustained.

No. 69045.—Sonsco Import Corp. *v.* United States, protest 64/4621 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of ballet dancing figures on jewelry boxes similar in all material respects to those the subject of Abstract 66652, the claim of the plaintiff was sustained.